UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SEATING COMPANY,

    Plaintiff,

-vs-
                                          Case No. 1:05-CV-130
                                          Hon: AVERN COHN

FREEDMAN SEATING COMPANY,

    Defendant.
_____/

**ORDER SETTING SCHEDULE
FOR CLAIM INTERPRETATION
(*MARKMAN* PROCEEDING)**

This is a patent case involving U.S. Patent No. 5,152,582, Self-Aligning Fastener System Having Stud-Engaging Resilient Legs. Claim 6 is the representative claim; it requires interpretation. The following is the schedule for the *Markman* Proceeding, leading to the Court's interpretation of the claim.

    1.    Defendant shall identify ambiguous words/phrases in Claim 6 within thirty (30) days hereof, or by **February 21, 2006**.

    2.    Plaintiff shall interpret the ambiguous words/phrases within thirty (30) days thereafter, or by **March 21, 2006**.

    3.    Defendant shall respond with its interpretation within thirty (30) days thereafter, or by **April 21, 2006**.

    4.      Plaintiff may file a reply within ten (10) days thereafter, or by **May 02, 2006**.

    5.      The *Markman* hearing will be held on **Thursday, May 18, 2006, at 10:00 a.m., in the Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Courtroom 225**, Detroit, Michigan.

SO ORDERED.

     s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 19, 2006, by electronic and/or ordinary mail.

     s/Julie Owens
Case Manager
(313) 234-5160

S:\LORI\Cases\American Seating v. Freedman Seating\Claim Interpretation Order.wpd