UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SEATING COMPANY,

   Plaintiff,

-vs-

                                         Case No. 1:05-CV-130
                                         Hon:  AVERN COHN

FREEDMAN SEATING COMPANY,

   Defendant.
_____/

## ORDER DESIGNATING PARADIGM CLAIM
## AND STAYING PROCEEDINGS ON OTHER CLAIMS

This is a patent case involving U.S. Patent No. 5,152,582.  This order memorializes the Court's designation of Claim 6 as the paradigm claim.  Proceedings as to other asserted claims, if any, are STAYED until further order of the Court.

SO ORDERED.

Dated:  May 19, 2006                     s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 19, 2006, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                Case Manager, (313) 234-5160

S:\LORI\Cases\American Seating v. Freedman Seating\Designation Order.wpd